No. 462. Simpson Bros., Inc. v. District of Columbia. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *John F. Hillyard* for petitioner. *Vernon E. West, Chester H. Gray* and

*Edward A. Beard* for respondent.